## Durso, Appellant, *v.* Philadelphia Musical Society, Local No. 77.

Argued January 9, 1958. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, JONES and COHEN, JJ.

*Edmund P. Hannum,* for appellant.

*George T. Guarnieri,* for appellee.

OPINION PER CURIAM, March 17, 1958:

The judgment of the Court below is affirmed on the opinion of President Judge CARROLL of Court of Common Pleas No. 2 of Philadelphia County.

Mr. Justice BELL dissents.